IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| | ) | Case No. 3:24-cv-01086 |
| Plaintiff, | ) | |
| | ) | JUDGE CAMPBELL |
| v. | ) | MAGISTRATE JUDGE EVANS |
| | ) | |
| HOSPITAL HOUSEKEEPING SYSTEMS, LLC | ) ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE TO THE COURT'S APRIL 28, 2026 ORDER
TO CLARIFY ITS POSITION**

Plaintiff Equal Employment Opportunity Commission (Commission) did not plead a failure to accommodate claim in this case. Although Defendant Hospital Housekeeping Systems, LLC, (HHS), granted the accommodation of allowing a third-party-provided job coach to support Mr. Jeffrey Springfield and Mr. Springfield was qualified to perform the essential functions of the job with that granted accommodation, HHS fired Mr. Springfield based on disability (disparate treatment) when it assumed he could not perform the job or do it safely after a minor fall. In arguing HHS based its decision on discriminatory assumptions about Mr. Springfield as a blind employee rather than his abilities, HHS never contacted the job coach to discuss any performance deficiencies or concerns about the fall before discharging Mr. Springfield. Instead, HHS assumed he was not qualified. The Commission does not raise this argument to argue that HHS failed to implement the accommodation when it did not contact the job coach, but rather to illustrate that HHS based its decision on discriminatory assumptions.

Dated: May 4, 2026

Respectfully submitted,

FAYE A. WILLIAMS
Regional Attorney
TN Bar No. 011730
faye.williams@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Memphis District Office
200 Jefferson Avenue, Suite 1400
Memphis, TN 38103
(901) 685-4609

/s/ *Gary Sullivan*
GARY SULLIVAN
Assistant Regional Attorney
AR Bar No. 9251
gary.sullivan@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Little Rock Area Office
820 Louisiana Street, Suite 200
Little Rock, AR 72201
(501) 900-6140

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 4, 2026, the foregoing was filed electronically and served by operation of the Court's electronic filing system upon the following:

Luther Wright, Jr.
Morgan T. Cage
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
luther.wright@ogletree.com
morgan.cage@ogletree.com

*/s/ Gary Sullivan*

3